UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV00216 AGF |
| | ) | |
| DAWN DODSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court for examination pursuant to Rule 4(m), Federal Rules of Civil Procedure.

Plaintiff commenced this action on **February 15, 2006**, naming **DAWN DODSON** as Defendant. A review of the Court file shows that Defendant **DAWN DODSON** has not been served in this matter nor has service been waived on her behalf. Under Rule 4(m), Federal Rules of Civil Procedure, the Court, after notice to the Plaintiff, is directed to dismiss an action against a Defendant upon whom service has not been made within 120 days after the filing of the complaint.

The Rule 4(m) period for service expires **June 15, 2006**, 120 days after the filing of Plaintiff's complaint.

Therefore,

**IT IS HEREBY ORDERED** that Plaintiff shall cause service to be effected upon Defendant **DAWN DODSON** not later than **June 15, 2006**. In the absence of good cause shown, failure to timely serve said Defendant shall result in the dismissal of Plaintiff's claims as to said Defendant without prejudice.

Dated this 16th day of May, 2006.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE